```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF OKLAHOMA

JOSEPH P. PINKSTON,              )
                                 )
                 Plaintiff,      )
                                 )
           v.                    ) No. CIV-11-246-FHS-KEW
                                 )
MICHAEL J. ASTRUE,               )
Commissioner Social Security     )
Administration,                  )
                                 )
                 Defendant.      )
```

## ORDER

On July 24, 2012, the United States Magistrate Judge for this District filed Findings and Recommendations in this case. No objection was filed so the Findings are deemed confessed.

The Findings and Recommendations suggest that the case be **REVERSED**. This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Secretary's decision be **REVERSED** and that Defendant be ordered to restore Claimant's benefits, and that Claimant be awarded an amount equal to the benefits that would have been paid for the date of termination.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and Order. Accordingly, this case is **REVERSED** with orders to the Defendant to restore Claimant's benefits, and that Claimant be awarded an amount equal to the benefits that would have been paid

for the date of termination.

**IT IS SO ORDERED** this 15th day of August, 2012.

Frank H. Seay
United States District Judge